IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FERNANDO MARTINEZ-RODRIGUEZ (01) | No. 4:25-cr-0047-Y |

### INDICTMENT

The Grand Jury Charges:

#### Count One

Illegal Reentry After Deportation
(Violation of 8 U.S.C. §§ 1326(a) and (b)(1))

On or about August 19, 2024, in the Northern District of Texas, defendant **Fernando Martinez-Rodriguez**, an alien, was found in the United States after having previously been deported and removed from the United States on or about January 5, 2016, and the defendant had not received the consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security, to reapply for admission to the United States.

Indictment - Page 1 of 2

In violation of 8 U.S.C. §§ 1326(a) and (b)(1).

A TRUE BILL.

*Suzanne Chathan*
FOREPERSON

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

*[signature]*

ERIC B. CHEN
Assistant United States Attorney
Texas State Bar No. 24094587
801 Cherry Street, Suite 1700
Fort Worth, Texas 76102
Telephone: (817) 252-5200
Fax: (817) 252-5455
Email: eric.chen@usdoj.gov

Indictment - Page 2 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

THE UNITED STATES OF AMERICA

v.

FERNANDO MARTINEZ-RODRIGUEZ (01)

INDICTMENT

8 U.S.C. §§ 1326(a) and (b)(1)
Illegal Reentry After Deportation
Count 1

A true bill rendered

*Auryanne Chatham*

DALLAS                                                                                   FOREPERSON

Filed in open court this 19th day of February 2025.

**Warrant to Issue – In State Custody**

-----------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
No Pending Criminal Matter